UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

FILED
JAMES J. VILT, JR. - CLERK
JAN -4 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

INDICTMENT

v.

NO.: 3:22-CR-2-RGJ

21 U.S.C. § 841(a)(1)
21 U.S.C. §841(b)(1)(A)(viii)(II)
21 U.S.C. § 846
21 U.S.C. § 853
18 U.S.C. § 2

**ROBERT HAYES**
**NEY ENRIQUE-PEREZ WILLIAMS**

The Grand Jury charges:

## COUNT 1
*(Conspiracy to Distribute Controlled Substances)*

Beginning on or about August 15, 2021, and continuing to on or about August 28, 2021, in the Western District of Kentucky, Jefferson County, Kentucky and elsewhere, the defendants, **ROBERT HAYES** and **NEY ENRIQUE-PEREZ WILLIAMS**, knowingly and intentionally conspired with each other and others, known and unknown to the Grand Jury, to possess with the intent to 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(B)(ii)(II).

The Grand Jury further charges:

## COUNT 2
*(Possession with Intent to Distribute and Distribution of Controlled Substances)*

On or about February 25, 2021, in the Western District of Kentucky, Jefferson County,

Kentucky, the defendant **ROBERT HAYES**, knowingly and intentionally possessed with the intent and distributed 50 grams or more methamphetamine, a Schedule II controlled substance as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

The Grand Jury further charges:

### COUNT 3
*(Possession with Intent to Distribute and Distribution of Controlled Substances)*

On or about August 24, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, the defendants, **ROBERT HAYES** and **NEY ENRIQUE-PEREZ WILLIAMS**, aided and abetted by each other, knowingly and intentionally possessed with the intent and distributed 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii)(II) and Title 18, United States code Section 2.

The Grand Jury further charges:

### COUNT 4
*(Possession with Intent to Distribute Controlled Substances)*

On or about October 28, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **NEY ENRIQUE PEREZ WILLIAMS**, knowingly and intentionally possessed with the intent to distribute five kilograms or more of a mixture and substance containing

a detectable amount of cocaine, a Schedule II controlled substance as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

## NOTICE OF FORFEITURE

As a result of committing an offense in violation of Title 21, United States Code, Sections 841 and 846, as alleged in this Indictment, felonies punishable by imprisonment for more than one year, the defendants, **ROBERT HAYES** and **NEY ENRIQUE-PEREZ WILLIAMS**, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, proceeds the defendant obtained, directly or indirectly, as a result of said offense, and any and all of the defendant's property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the violation alleged in this Indictment, including but not limited to $56,393.00, one Rolex watch, and four diamond Earrings.

Pursuant to Title 21, United States Code, Section 853.

A TRUE BILL.

Redacted

/s/ Michael A. Bennett
MICHAEL A. BENNETT
UNITED STATES ATTORNEY

MAB: RBB

3

UNITED STATES OF AMERICA v. **ROBERT HAYES** and **NEY ENRIQUE-PEREZ WILLIAMS**

## PENALTIES

| | |
|---|---|
| Counts 1 & 3: | NL 5 yrs./NM 40 yrs./$5,000,000/both/NL 4 yrs. Supervised Release |
| | NL 10 yrs./NM Life/$8,000,000/both/NL 8 yrs. Supervised Release |
| | (With notice of one prior serious drug felony/serious violent felony) |
| Counts 2 & 4: | NL 10 yrs./NM Life/$10,000,000/both/NL 5 yrs. Supervised Release |
| | NL 15 yrs./NM Life/$20,000,000/both/NL 10 yrs. Supervised Release |
| | (With notice of one prior serious drug felony/serious violent felony) |
| | NL 25 yrs./NM Life/$20,000,000/both/NL 10 yrs. Supervised Release |
| | (With notice of two prior serious drug felonies/serious violent felonies) |

Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | |
|---|---|
| Misdemeanor: $ 25 per count/individual | Felony: $100 per count/individual |
| $125 per count/other | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    <u>For offenses occurring after December 12, 1987:</u>

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.
    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both.
18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:   Clerk, U.S. District Court
              106 Gene Snyder U.S. Courthouse
              601 West Broadway
              Louisville, KY 40202
              502/625-3500

BOWLING GREEN:   Clerk, U.S. District Court
                 120 Federal Building
                 241 East Main Street
                 Bowling Green, KY 42101
                 270/393-2500

OWENSBORO:   Clerk, U.S. District Court
             126 Federal Building
             423 Frederica
             Owensboro, KY 42301
             270/689-4400

PADUCAH:   Clerk, U.S. District Court
           127 Federal Building
           501 Broadway
           Paducah, KY 42001
           270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.